### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | |
|---|---|
| DEREK WILLIAMS, | Case No.: 2:21-CV-02575 |
| *Plaintiff,* | |
| v. | |
| EPIC LANDSCAPE PRODUCTIONS, LC, | |
| *Defendant.* | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Derek Williams and Defendant Epic Landscape Productions, LC stipulate that pursuant to Rule 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses all his claims with prejudice in this action. Each party to bear their own costs.

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Kevin A. Todd*
| | |
|---|---|
| John J. Ziegelmeyer III | KS. 23003 |
| Brad K. Thoenen | KS. 24479 |
| Kevin Todd | KS. 78998 |

1501 Westport Road
Kansas City, Missouri 64111
Tel: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com
ktodd@hkm.com
www.hkm.com

ATTORNEYS FOR PLAINTIFF

1

and

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ <u>Christopher I. Khasho</u>
Alan L. Rupe, KS #08914
Christopher I. Khasho, KS #28739
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 816.299.4244
Facsimile:  816.299.4245
alan.rupe@lewisbrisbois.com
chris.khasho@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 12, 2022, via electronic mail to all counsel of record.

<u>*Kevin A. Todd*</u>
ATTORNEY FOR THE PLAINTIFF